**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SATURNINO PRADO,                     )        No. CV 08-7458-GHK(CW)
                                     )
                Petitioner,          )        JUDGMENT
                                     )
            v.                       )
                                     )
WARDEN,                              )
                                     )
                Respondent.          )
_____)


    **IT IS ADJUDGED** that the petition is dismissed as successive.


DATED:    11/25/08

                                    _____
                                        GEORGE H. KING
                                    United States District Judge